# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE CHRISTINE LITTLE, <br><br> Plaintiff, <br><br> vs. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant | Case No.: CV16-5129-VEB <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS' FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

IT IS ORDERED that fees and expenses in the amount of $3,900, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: April 20, 2017       /s/Victor E. Bianchini
                           HON. VICTOR E. BIANCHINI
                           UNITED STATES MAGISTRATE JUDGE